UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE LIZANDRO-LOZANO MEZA,<br><br>Plaintiff,<br><br>v.<br><br>CJ BERRY WELL SERVICES MANAGEMENT, LLC,<br><br>Defendant. | Case No. 1:25-cv-00984-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Docs. 9, 10)<br><br>ORDER DIRECTING PARTIES TO FILE JOINT MID-DISCOVERY STATUS REPORT<br><br>**<u>June 11, 2026, Deadline</u>** |

**<u>Background</u>**

Plaintiff Rene Lizandro-Lozano Meza ("Plaintiff") initiated this action with the filing of a complaint in state court on July 3, 2025, before Defendant CK Berry Well Services Management, LLC ("Defendant") removed the action to this Court on August 7, 2025.  (Doc. 1).  On November 6, 2025, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines.  (Doc. 9).

Pending before the Court is the parties' stipulated request to amend the scheduling order, filed on June 1, 2026.  (Doc. 10).  The parties represent that they have been "diligently conducting discovery," and Plaintiff began requesting deposition dates from Defendant on April 3, 2026, with the intent of completing depositions during May 2026, but Defendant was unable to provide dates for key witnesses until mid-May 2026 due to Defendant's "internal reorganization" ongoing since

November 2025.  *Id.* at 2-3.  The parties represent that they have not yet been able to finalize a complete deposition schedule for all anticipated witnesses and are unable to meet the current non-expert discovery cutoff of July 23, 2026, to complete the depositions despite the parties' diligence. *Id.* at 3.  In light of these circumstances, the parties assert good cause exists for the parties' requested continuance of all case management dates by eight (8) months given their agreement to mediate this matter on August 20, 2026, and because lead counsel for Defendant expects to be on maternity leave from September 2026 through December 2026, which "will promote efficient case preparation, meaningful mediation efforts, and orderly completion of discovery[.]"  *Id.*; *see* (Doc. 10-1, Declaration of Mayra G. Estrada ("Estrada Decl.") ¶¶ 10-12); (Doc. 10-2, Declaration of Biana M. Dulgheru ("Dulgheru Decl.") ¶¶ 10-13).

**Discussion**

Based on the parties' representations, the Court finds good cause to grant the stipulated request to amend case management dates consistent with the parties' request, with one exception.

The Court will require the parties to file a joint mid-discovery status report no later than the existing deadline (June 11, 2026).  *See* (Doc. 9 at 3-4).  The joint report must outline and detail the discovery counsel have completed, to include the dates on which written discovery was propounded and to which responding parties served answers and/or documents responsive to the propounded discovery, and also, must detail what discovery remains to be completed.

In light of the significant extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time absent extraordinary circumstances and expects the parties to undertake any settlement or mediation efforts in parallel with these extended deadlines without any expectation that additional extensions of time will be granted.

///

///

///

///

///

///

2

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 9) is amended as modified as set forth below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Mid-Discovery Status Conference | June 18, 2026, at 9:00 AM | June 18, 2026, at 9:00 AM |
| Non-Expert Discovery | July 23, 2026 | March 22, 2027 |
| Expert Disclosure | December 7, 2026 | August 9, 2027 |
| Rebuttal Expert Disclosure | December 21, 2026 | August 20, 2027 |
| Expert Discovery | January 11, 2027 | September 10, 2027 |
| Non-Dispositive Motion Filing | August 20, 2026 | April 19, 2027 |
| Non-Dispositive Motion Hearing (CDB) | September 24, 2026, 10:30 AM | May 24, 2027, 10:30 AM |
| Dispositive Motion Filing | October 8, 2026 | June 8, 2027 |
| Dispositive Motion Hearing (JLT) | November 19, 2026, 8:30 AM | July 20, 2027, 8:30 AM |
| Pretrial Conference (JLT) | January 25, 2027, 1:30 PM | September 20, 2027, 1:30 PM |
| Jury Trial (JLT) | March 23, 2027, 8:30 AM | November 30, 2027, 8:30 AM |

All other provisions of the operative scheduling order (Doc. 9) not in conflict with the modifications granted herein continue to govern and remain in effect.

IT IS SO ORDERED.

Dated:    **June 2, 2026**

_____

UNITED STATES MAGISTRATE JUDGE